# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                     NO. 2019 KW 1218

VERSUS

ANTHONY SMITH                                          OCT 2 8 2019

---

In Re:    Anthony Smith, applying for supervisory writs, 20th
          Judicial District Court, Parish of East Feliciana, No.
          99-CR-760.

---

BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.

   WRIT DENIED.

                              TMH
                              AHP
                              WIL

COURT OF APPEAL, FIRST CIRCUIT

_____
        DEPUTY CLERK OF COURT
             FOR THE COURT